PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2020

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Ryan Christopher Kantola** | ) | **Case No. 1:19CR02015-SAB-1** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ryan Christopher Kantola, have discussed with Linda J. Leavitt, United States Probation Officer, the modification of my pretrial release as follows:

**Removal of the following special condition:**

Special Condition #8: Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Signature of Defendant | Date | United States Probation Officer | Date |
| Ryan Christopher Kantola | | Linda J. Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _____ | _____ |
| Signature of Defense Counsel | Date |
| Jennifer Barnes | |

[X] The above modification of conditions of release is ordered, to be effective on  01/03/2020

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____          01/03/2020
Signature of Judicial Officer                          Date

Stanley A. Bastian